IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SAMUEL MORRIS OVERSTREET,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No. 7:07-cv-00365
FINAL ORDER

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive and the case is hereby stricken from the active docket.

ENTER: This 31st day of July, 2007.

/s/ James C. Turk
Senior United States District Judge